**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luis Malpica            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-14340 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 and index same on the master mailing list.

                    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
10 Dec 2020, 14:56:54, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322