IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : CASE NO. 20-14340-PMM |
| LUIS MALPICA, | |
|         DEBTOR, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : January 14, 2021 @ 10:00 A.M. |
|         MOVANT, | |
| V. | |
| LUIS MALPICA, | |
|         RESPONDENT, | : RELATED TO DOCKET NO. 16 |

<u>CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN</u>

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on January 11, 2021 by:

**20-14340-PMM Notice will be electronically mailed to:**

JOSEPH T. BAMBRICK, JR. on behalf of Debtor Luis Malpica
NO1JTB@juno.com

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

REBECCA ANN SOLARZ on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

**20-14340-PMM Notice will not be electronically mailed to:**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Date Executed: January 11, 2021                    Respectfully submitted,

                                                   /s/ Jonathan W. Chatham
                                                   Jonathan W. Chatham
                                                   Deputy Chief Counsel
                                                   PA Department of Revenue
                                                   Office of Chief Counsel
                                                   P.O. Box 281061
                                                   Harrisburg, PA 17128-1061
                                                   PA I.D. # 209683
                                                   Phone: 717-783-3673
                                                   Facsimile: 717-772-1459