UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Luis Malpica | Bankruptcy No.20-14340-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of January, 2021, by first class mail upon those listed below:

Luis Malpica
3900 Hilltop Ave
Reading, PA  19605

**Electronically via CM/ECF System Only:**

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING, PA  19611

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee