Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-14340-PMM**

Luis Malpica  
3900 Hilltop Ave  
Reading  PA    19605

Petition Filed Date: 11/02/2020  
341 Hearing Date: 12/01/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/09/2020 | $612.64 | | 01/11/2021 | $612.64 | | 02/09/2021 | $612.64 | |
| 03/09/2021 | $612.64 | | 04/09/2021 | $612.64 | | 05/10/2021 | $612.64 | |
| 06/09/2021 | $612.64 | | | | | | | |

**Total Receipts for the Period:  $4,288.48    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,288.48**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,288.48 | Current Monthly Payment: | $612.64 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $336.92 | Total Plan Base: | $36,758.40 |
| Funds on Hand: | $3,951.56 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.