IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-14340(PMM) |
| LUIS MALPICA | : | CHAPTER 13 |
| | : | |
| | : | HEARING SCHEDULED FOR |
| Debtor | : | JULY 6, 2021 AT 10:00 A.M. |

## ORDER GRANTING ALLY FINANCIAL INC.
## RELIEF FROM THE AUTOMATIC STAY
## AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2011 GMC Acadia, VIN: 1GKKVRED0BJ116908 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

*Patricia M. Mayer*

**Date: July 6, 2021**

Patricia M. Mayer
United States Bankruptcy Judge

Copies mailed to: See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303


Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue, Suite K
West Reading, PA 19611


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606


United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Luis Malpica
3900 Hilltop Avenue
Reading, PA 19605