# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Luis Malpica<br>      Debtor(s) | |
| | CHAPTER 13 |
| The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7, its successors and/or assigns | |
|       Movant | NO. 20-14340 PMM |
|   vs. | |
| Luis Malpica<br>      Debtor(s) | |
| | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7, which was filed with the Court on or about **January 7, 2021, docket number 15**.

      Respectfully submitted,

      /s/ Rebecca A. Solarz, Esq.
      _____
      Rebecca A. Solarz, Esquire
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      Phone: (215)-627-1322

Dated: September 15, 2021