IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| LUIS MALPICA, | : CASE NO. 20-14340-pmm |
| DEBTOR, | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : September 16, 2021 @ 10:00 a.m. |
| MOVANT, | : |
| V. | : |
| LUIS MALPICA, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 51 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on September 16, 2021 by:

**20-14340-pmm Notice will be electronically mailed to:**

JOSEPH T. BAMBRICK, JR. on behalf of Debtor Luis Malpica
NO1JTB@juno.com

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

REGINA COHEN on behalf of Creditor Ally Financial Inc.
rcohen@lavin-law.com, ksweeney@lavin-law.com

REBECCA ANN SOLARZ on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York,As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

**20-14340-pmm Notice will not be electronically mailed to:**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Shellpoint Mortgage Servicing
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

| | |
|---|---|
| Date Executed: September 16, 2021 | Respectfully submitted, |
| | /s/ Jonathan W. Chatham |
| | Jonathan W. Chatham |
| | Deputy Chief Counsel |
| | PA Department of Revenue |
| | Office of Chief Counsel |
| | P.O. Box 281061 |
| | Harrisburg, PA 17128-1061 |
| | PA I.D. # 209683 |
| | Phone: 717-783-3673 |
| | Facsimile: 717-772-1459 |