IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LUIS MALPICA                    :        Case No. 20-14340
                                :
    Debtor,                     :        Chapter 13


## NOTICE OF APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

To the Debtors, the Chapter 13 Trustee, the United States Trustee, and all the parties of interest, NOTICE IS HEREBY GIVEN:

1. That Joseph T. Bambrick, Esquire, counsel for the Debtors in the above-captioned matter has filed an Application with the Court for Allowance of Compensation ("Applicant") in connection with legal services rendered to the Debtor in these Bankruptcy proceedings.

2. That the Applicant requests the Court to enter an Order approving counsel fees in the amount of $3,165.00, of which $665.00 was received pre-petition.

3. That any answer, objection, responsive pleading or request for hearing in writing must be filed within twenty-one (21) days from the date of this notice with:

    United States Bankruptcy Court
    Office of the Clerk, Room 103
    The Gateway Building
    201 Penn Ave
    Reading, PA 19601

And serve a copy thereof on Counsel:

>Joseph T. Bambrick, Jr., Esquire
>JOSEPH T. BAMBRICK, JR., ESQUIRE
>529 Reading Avenue
>West Reading, PA  19611
>Phone #:  610/372-6400
>Fax #:     610/372-9483

4. That in the absence of an answer, objection or request for hearing, Counsel will certify the same to the Court after twenty-one (21) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

**Respectfully submitted by,**

**Dated:**  December 3, 2021              /s/Joseph Bambrick
**JOSEPH T. BAMBRICK, JR., ESQUIRE**
**ATTORNEY ID 45112**
**529 READING AVENUE**
**WEST READING, PA 19611**
**Phone 610-372-6400**
**Fax    610-372-9483**