United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14340-pmm |
| Luis Malpica | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: 155 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Malpica, 3900 Hilltop Ave, Reading, PA 19605-1141 |
| 14605968 | + | Ally Financial Inc., c/o Regina Cohen, Esquire, 190 N Independence Mall West - Suite 500, 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14566885 | | Emergency Physician Associates of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14558913 | + | Met Ed, PO Box 7476, Philadelphia, PA 19101-7476 |
| 14575306 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14560165 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14557666 | | Penn State St Josephs, 2495 Bernville Road, Suite 106, Reading, PA 19605 |
| 14557669 | | Shell Point Morgage, PO Box 740039, Cincinnati, OH 45274-0039 |
| 14575505 | + | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14568961 | + | The Bank Of New York Mellon FKA The Bank Of New Yo, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14571186 | | The Bank of New York Mellon FKA The Bank of New Yo, PO Box 10826 Greenville, SC 29603-0826 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14573932 | | Email/Text: bnc@atlasacq.com | Dec 02 2021 23:23:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14574179 | | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2021 23:23:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14557659 | | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2021 23:23:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14557660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 23:39:30 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14561563 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 02 2021 23:23:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14575213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:39:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14567057 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14574151 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 8

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 02, 2021 | Form ID: 155 | Total Noticed: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14557662 | | Family Medicine Associates |
| 14557663 | | First National CC |
| 14557664 | | HRRG |
| 14557665 | | Nagil S. Muallem |
| 14557667 | | Pennsylvania State |
| 14557668 | | Progressive Leasing |
| 14557670 | | Snap Finance |
| 14574568 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14557661 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 7 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Luis Malpica NO1JTB@juno.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Luis Malpica
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−14340−pmm

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 2, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                          Patricia M. Mayer
                          Judge ,
                          United States Bankruptcy Court

63
Form 155