UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| | LUIS MALPICA | : | CHAPTER 13 |
| | | : | |
| | DEBTOR | : | BANKRUPTCY NO. 20-14340 |

## CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on December 3, 2021 a copy of the Application for Compensation was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Luis Malpica.


Dated:  December 6, 2021           /s/Joseph Bambrick
                                   Joseph T. Bambrick, Jr., Esquire
                                   Attorney ID 45112
                                   529 Reading Avenue
                                   West Reading, PA  19611
                                   610/372-6400