| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-14340-PMM**

Luis Malpica
3900 Hilltop Ave
Reading  PA    19605

Petition Filed Date: 11/02/2020
341 Hearing Date: 12/01/2020
Confirmation Date: 12/02/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $612.64 | | 05/10/2021 | $612.64 | | 06/09/2021 | $612.64 | |
| 07/12/2021 | $612.64 | | 08/09/2021 | $612.64 | | 09/10/2021 | $612.64 | |
| 10/12/2021 | $612.64 | | 11/09/2021 | $612.64 | | 12/07/2021 | $744.00 | |
| 12/09/2021 | $1,357.00 | | 01/10/2022 | $1,357.00 | | 02/09/2022 | $1,357.00 | |
| 03/09/2022 | $1,357.00 | | 04/11/2022 | $1,357.00 | | 05/09/2022 | $1,357.00 | |
| 06/09/2022 | $1,357.00 | | 07/12/2022 | $1,357.00 | | | | |

**Total Receipts for the Period: $16,501.12   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,951.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA  »» 001 | Unsecured Creditors | $749.24 | $0.00 | $749.24 |
| 2 | NPRTO NORTH-EAST LLC  »» 002 | Unsecured Creditors | $3,302.47 | $0.00 | $3,302.47 |
| 3 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC  »» 003 | Unsecured Creditors | $1,448.10 | $0.00 | $1,448.10 |
| 4 | PA DEPARTMENT OF REVENUE  »» 04U | Unsecured Creditors | $574.61 | $0.00 | $574.61 |
| 5 | PA DEPARTMENT OF REVENUE  »» 04P | Priority Crediors | $5,293.09 | $5,293.09 | $0.00 |
| 6 | NEWREZ LLC  D/B/A  »» 005 | Mortgage Arrears | $35,716.11 | $9,611.87 | $26,104.24 |
| 7 | SYNCHRONY BANK  »» 006 | Unsecured Creditors | $536.43 | $0.00 | $536.43 |
| 8 | ALLY FINANCIAL  »» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALLY FINANCIAL  »» 07U | Unsecured Creditors | $3,577.47 | $0.00 | $3,577.47 |
| 10 | ATLAS ACQUISITIONS LLC  »» 008 | Unsecured Creditors | $3,285.12 | $0.00 | $3,285.12 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES  »» 009 | Unsecured Creditors | $117.23 | $0.00 | $117.23 |
| 12 | MET-ED FIRST ENERGY COMPANY  »» 010 | Unsecured Creditors | $8,729.81 | $0.00 | $8,729.81 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

Chapter 13 Case No. 20-14340-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,951.68 | Current Monthly Payment: | $1,356.12 |
| Paid to Claims: | $17,404.96 | Arrearages: | $1,348.56 |
| Paid to Trustee: | $1,546.72 | Total Plan Base: | $73,188.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.