**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Luis Malpica | CASE NO.: 20-14340-pmm |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certficateholders of CWABS Inc, Asset-Backed Certificates, Series 2006-7 ("The Bank of New York"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Angela C. Pattison, Esquire
> Hill Wallack LLP
> 1415 Route 70 East, Suite 309
> Cherry Hill, NJ 08034
> Telephone: (856) 616-8086
> Facsimile: (856) 616-8081
> Email: apattison@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive The

Bank of New York's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which The Bank of New York is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 20, 2022                                  Hill Wallack LLP

By: */s/ Angela C. Pattison*
Angela C. Pattison , Esq.
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone: (856) 616-8086
Facsimile: (856) 616-8081
Email: apattison@hillwallack.com

Counsel to Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certficateholders of CWABS Inc, Asset-Backed Certificates, Series 2006-7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (READIN)

| | |
|---|---|
| IN RE:<br><br>**Luis Malpica**<br>     Debtors | CHAPTER 13<br><br>CASE NO.: 20-14340-pmm |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance of Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certficateholders of CWABS Inc, Asset-Backed Certificates, Series 2006-7 in the manner indicated below on October 20, 2022:

Luis Malpica
3900 Hilltop Ave
Reading, PA 19605
**Debtor**
**Via Regular Mail**

JOSEPH T. BAMBRICK, JR.
Joseph T. Bambrick Jr. Esq.
529 Reading Avenue, Suite K
West Reading, PA 19611
**Counsel for Debtor**
**Via ECF**

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**United States Trustee**
**Via ECF**

SCOTT F. WATERMAN Chapter 13
Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**Chapter 13 Trustee**
**Via ECF**

*By: /s/ Angela C. Pattison*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com