United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14340-pmm |
| Luis Malpica | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Malpica, 3900 Hilltop Ave, Reading, PA 19605-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 01 2023 00:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 01 2023 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Feb 01 2023 00:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 01 2023 00:29:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 01 2023 00:29:00 | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 01 2023 00:40:59 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 02, 2023 | Signature: | /s/Gustava Winters |

District/off: 0313-4    User: admin    Page 2 of 2
Date Rcvd: Jan 31, 2023    Form ID: pdf900    Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Luis Malpica NO1JTB@juno.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Luis Malpica,** | : | **Chapter 13** |
| | : | |
| | : | **Case No.  20-14340 (PMM)** |
| | : | |
| **Debtor.** | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #75, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #77);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **March 1, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 1/30/23**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**