UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| IN RE: | CHAPTER 13 |
|---|---|
| Luis Malpica | CASE NO.: 20-14340-pmm |
| Debtor | |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this  22nd  day of   February  , **2023**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_Patricia M. Mayer_
_____
Patricia M. Mayer
United States Bankruptcy Judge