United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Luis Malpica  
    Debtor

Case No. 20-14340-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Malpica, 3900 Hilltop Ave, Reading, PA 19605-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 23 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 23 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Feb 23 2023 00:25:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2023 00:25:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 23 2023 00:25:00 | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2023 00:30:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023      Signature:      /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

**Name**      **Email Address**

ANGELA CATHERINE PATTISON
on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

JOSEPH T. BAMBRICK, JR.
on behalf of Debtor Luis Malpica NO1JTB@juno.com

REGINA COHEN
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| IN RE: | CHAPTER 13 |
|---|---|
| Luis Malpica | CASE NO.: 20-14340-pmm |
| Debtor | |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this  22nd  day of  February , **2023**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge