| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-14340-PMM

Luis Malpica
3900 Hilltop Ave
Reading  PA   19605

Petition Filed Date: 11/02/2020
341 Hearing Date: 12/01/2020
Confirmation Date: 12/02/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $1,357.00 | | 09/12/2022 | $1,357.00 | | 10/11/2022 | $1,357.00 | |
| 11/09/2022 | $1,357.00 | | 12/12/2022 | $1,357.00 | | 01/11/2023 | $1,357.00 | |
| 02/09/2023 | $1,357.00 | | 03/09/2023 | $1,357.00 | | 04/10/2023 | $1,357.00 | |
| 05/09/2023 | $1,357.00 | | 06/09/2023 | $1,357.00 | | 07/11/2023 | $1,357.00 | |

**Total Receipts for the Period: $16,284.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,592.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $749.24 | $0.00 | $749.24 |
| 2 | NPRTO NORTH-EAST LLC<br>»» 002 | Unsecured Creditors | $3,302.47 | $0.00 | $3,302.47 |
| 3 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 003 | Unsecured Creditors | $1,448.10 | $0.00 | $1,448.10 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $574.61 | $0.00 | $574.61 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $5,293.09 | $5,293.09 | $0.00 |
| 6 | NEWREZ LLC  D/B/A<br>»» 005 | Mortgage Arrears | $35,716.11 | $24,538.87 | $11,177.24 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $536.43 | $0.00 | $536.43 |
| 8 | ALLY FINANCIAL<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALLY FINANCIAL<br>»» 07U | Unsecured Creditors | $3,577.47 | $0.00 | $3,577.47 |
| 10 | ATLAS ACQUISITIONS LLC<br>»» 008 | Unsecured Creditors | $3,285.12 | $0.00 | $3,285.12 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $117.23 | $0.00 | $117.23 |
| 12 | MET-ED FIRST ENERGY COMPANY<br>»» 010 | Unsecured Creditors | $8,729.81 | $0.00 | $8,729.81 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 20-14340-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,592.68 | Current Monthly Payment: | $1,356.12 |
| Paid to Claims: | $32,331.96 | Arrearages: | ($19.00) |
| Paid to Trustee: | $3,025.85 | Total Plan Base: | $73,188.92 |
| Funds on Hand: | $1,234.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.