| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14340-PMM**

| | |
|---|---|
| Luis Malpica | Petition Filed Date: 11/02/2020 |
| 3900 Hilltop Ave | 341 Hearing Date: 12/01/2020 |
| Reading  PA    19605 | Confirmation Date: 12/02/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $1,357.00 | | 09/13/2023 | $1,357.00 | | 10/10/2023 | $1,357.00 | |
| 11/09/2023 | $1,357.00 | | 12/11/2023 | $1,357.00 | | 01/09/2024 | $1,357.00 | |
| 02/09/2024 | $1,357.00 | | 03/11/2024 | $1,357.00 | | 04/09/2024 | $1,357.00 | |
| 05/09/2024 | $1,357.00 | | 06/10/2024 | $1,357.00 | | 07/10/2024 | $1,357.00 | |

**Total Receipts for the Period:  $16,284.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $52,876.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA<br>»»  001 | Unsecured Creditors | $749.24 | $158.68 | $590.56 |
| 2 | NPRTO NORTH-EAST LLC<br>»»  002 | Unsecured Creditors | $3,302.47 | $699.36 | $2,603.11 |
| 3 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»»  003 | Unsecured Creditors | $1,448.10 | $306.66 | $1,141.44 |
| 4 | PA DEPARTMENT OF REVENUE<br>»»  04U | Unsecured Creditors | $574.61 | $121.68 | $452.93 |
| 5 | PA DEPARTMENT OF REVENUE<br>»»  04P | Priority Crediors | $5,293.09 | $5,293.09 | $0.00 |
| 6 | NEWREZ LLC  D/B/A<br>»»  005 | Mortgage Arrears | $35,716.11 | $35,716.11 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $536.43 | $113.59 | $422.84 |
| 8 | ALLY FINANCIAL<br>»»  07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALLY FINANCIAL<br>»»  07U | Unsecured Creditors | $3,577.47 | $757.61 | $2,819.86 |
| 10 | ATLAS ACQUISITIONS LLC<br>»»  008 | Unsecured Creditors | $3,285.12 | $695.69 | $2,589.43 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $117.23 | $18.40 | $98.83 |
| 12 | MET-ED FIRST ENERGY COMPANY<br>»»  010 | Unsecured Creditors | $8,729.81 | $1,848.71 | $6,881.10 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 20-14340-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $52,876.68 | Current Monthly Payment: | $1,356.12 |
| Paid to Claims: | $48,229.58 | Arrearages: | ($29.56) |
| Paid to Trustee: | $4,640.68 | Total Plan Base: | $73,188.92 |
| Funds on Hand: | $6.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.