| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-14340-PMM**

Luis Malpica
3900 Hilltop Ave
Reading  PA    19605

Petition Filed Date: 11/02/2020
341 Hearing Date: 12/01/2020
Confirmation Date: 12/02/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $1,357.00 | | 09/10/2024 | $1,357.00 | | 10/09/2024 | $1,357.00 | |
| 11/12/2024 | $1,357.00 | | 12/09/2024 | $1,357.00 | | 01/10/2025 | $1,357.00 | |
| 02/10/2025 | $1,357.00 | | 03/10/2025 | $1,357.00 | | 04/09/2025 | $1,357.00 | |
| 05/09/2025 | $1,357.00 | | 06/09/2025 | $1,357.00 | | 07/10/2025 | $1,357.00 | |

**Total Receipts for the Period: $16,284.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $69,160.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $749.24 | $663.60 | $85.64 |
| 2 | NPRTO NORTH-EAST LLC<br>»» 002 | Unsecured Creditors | $3,302.47 | $2,924.98 | $377.49 |
| 3 | EMERGENCY PHYSICIAN ASSOCIATES OF PA, PC<br>»» 003 | Unsecured Creditors | $1,448.10 | $1,282.58 | $165.52 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $574.61 | $508.92 | $65.69 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $5,293.09 | $5,293.09 | $0.00 |
| 6 | NEWREZ LLC  D/B/A<br>»» 005 | Mortgage Arrears | $35,716.11 | $35,716.11 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $536.43 | $475.12 | $61.31 |
| 8 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 07U | Unsecured Creditors | $3,577.47 | $3,168.55 | $408.92 |
| 10 | ATLAS ACQUISITIONS LLC<br>»» 008 | Unsecured Creditors | $3,285.12 | $2,909.62 | $375.50 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $117.23 | $97.10 | $20.13 |
| 12 | MET-ED FIRST ENERGY COMPANY<br>»» 010 | Unsecured Creditors | $8,729.81 | $7,731.95 | $997.86 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 20-14340-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,160.68 | Current Monthly Payment: | $1,356.12 |
| Paid to Claims: | $63,271.62 | Arrearages: | ($40.12) |
| Paid to Trustee: | $5,882.33 | Total Plan Base: | $73,188.92 |
| Funds on Hand: | $6.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.