**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  LUIS MALPICA, DEBTOR
Debtor(s)

Case No.  20-14340
Chapter  13

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

### Section 1: to be completed by all debtors:

Date: 1/20/2026    Case No. 20-14340
Debtor: LUIS MALPICA    Co-Debtor:
SS No. ***-**-6375    SS No.

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes _____ no  X    Co-Debtor: yes _____ no _____

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

### Section 2: to be completed only if you answered "yes" above:

Debtor's current marital status:
Married _____ Divorced _____
Separated _____ Widowed _____

Co-debtor's current marital status:
Married _____ Divorced _____
Separated _____ Widowed _____

Name of person support is sent to: _____
Complete Address: _____
City _____ State _____ Zip _____
Phone _____

Are support payments deducted from your paycheck? _____
Provide the State Agency Information:
Agency Name: _____
Address: _____
City: _____ State _____ Zip _____

Identify your Employer Name and Address:
_____
_____
_____

### Section 3: To be signed by all debtors

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor  *[signature]*    Co-Debtor _____