Certificate Number: 12433-PAE-DE-040527392

Bankruptcy Case Number: 20-14340



12433-PAE-DE-040527392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2026, at 1:31 o'clock AM EST, Luis E. Malpica completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 20, 2026                    By:    /s/Lisa Susoev

                                           Name:  Lisa Susoev

                                           Title: Teacher

Case 20-14340-pmm    Doc 98    Filed 01/21/26    Entered 01/21/26 13:57:54    Desc Main
Document      Page 1 of 1