United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Luis Malpica  
    Debtor

Case No. 20-14340-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Jan 22, 2026     Form ID: 138OBJ     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Malpica, 3900 Hilltop Ave, Reading, PA 19605-1141 |
| 14605968 | + | Ally Financial Inc., c/o Regina Cohen, Esquire, 190 N Independence Mall West - Suite 500, 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14558913 | + | Met Ed, PO Box 7476, Philadelphia, PA 19101-7476 |
| 14557666 | | Penn State St Josephs, 2495 Bernville Road, Suite 106, Reading, PA 19605 |
| 14557669 | | Shell Point Morgage, PO Box 740039, Cincinnati, OH 45274-0039 |
| 14568961 | + | The Bank Of New York Mellon FKA The Bank Of New Yo, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14730234 | + | The Bank of NY Mellon, c/o Angela C. Pattison, Esquire, Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14571186 | | The Bank of New York Mellon FKA The Bank of New Yo, PO Box 10826 Greenville, SC 29603-0826 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 23 2026 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 23 2026 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14573932 | | Email/Text: bnc@atlasacq.com | Jan 23 2026 00:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14574179 | | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2026 00:48:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14557659 | | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2026 00:48:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14557660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2026 00:51:43 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14566885 | | Email/Text: BNCnotices@dcmservices.com | Jan 23 2026 00:48:00 | Emergency Physician Associates of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14560165 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 23 2026 00:48:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14575505 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 23 2026 00:48:00 | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14575306 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 23 2026 00:48:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14561563 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 23 2026 00:48:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14575213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 23 2026 00:51:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14567057 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jan 23 2026 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14574151 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 23 2026 00:51:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14557662 | | Family Medicine Associates |
| 14557663 | | First National CC |
| 14557664 | | HRRG |
| 14557665 | | Nagil S. Muallem |
| 14557667 | | Pennsylvania State |
| 14557668 | | Progressive Leasing |
| 14557670 | | Snap Finance |
| 14574568 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14557661 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14710458 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 7 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 bkgroup@kmllawgroup.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Luis Malpica christine.jtblaw@gmail.com |
| KAITLIN D. SHIRE | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 kshire@hillwallack.com, lharkins@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 22, 2026 | Form ID: 138OBJ | Total Noticed: 22 |

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)–doc 99 – 92

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Luis Malpica ) Case No. 20−14340−pmm
     )
     )
    Debtor(s). ) Chapter: 13
     )
     )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 22, 2026

For The Court

Mohung Wong
Clerk of Court