United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 20-14340-pmm

Luis Malpica                                                                        Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Luis Malpica, 3900 Hilltop Ave, Reading, PA 19605-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Feb 28 2026 00:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 28 2026 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:

**Name**       **Email Address**

DENISE ELIZABETH CARLON

     on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York  As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM

     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 27, 2026                       Form ID: 138FIN                                 Total Noticed: 3

JOSEPH T. BAMBRICK, JR.
       on behalf of Debtor Luis Malpica christine.jtblaw@gmail.com

KAITLIN D. SHIRE
       on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York  As Trustee For The Certificateholders Of
Cwabs Inc., Asset-Backed Certificates, Series 2006-7 kshire@hillwallack.com, lharkins@ecf.courtdrive.com

REGINA COHEN
       on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
       ECFMail@ReadingCh13.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138FIN* (6/24)−doc 104 − 103

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Luis Malpica | ) | Case No. 20−14340−pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: February 27, 2026

For The Court

Mohung Wong
Clerk of Court